

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL ASIM SHAKIR,<br><br>                    Petitioner,<br><br>          v.<br><br>EDWARD S. ALAMEIDA, et al.,<br><br>                    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CV 03-8732-DOC (MAN)<br><br>ORDER ACCEPTING AND ADOPTING<br>FINDINGS, CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections.  The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.  Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that:  (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

2    Order and the Judgment on counsel for Petitioner and counsel for

3    Respondents.

4

5    DATED:    _January 11, 2008_

6

7                              _David O. Carter_

                                DAVID O. CARTER

8                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28