FILED
CLERK, U.S. DISTRICT COURT

JAN 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-6
JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMAL ASIM SHAKIR, | ) | NO. CV 03-8732-DOC (MAN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| EDWARD S. ALAMEIDA, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Court's Order Accepting and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 11, 2008

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE