UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMAL ASIM SHAKIR, | ) | |
| | ) | CV 03-8732-DOC (MANx) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD S. ALAMEIDA, et. al, | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| Respondents. | ) | |
| _____ | ) | |

**DECISION BY COURT.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is GRANTED.

**IT IS FURTHER ORDERED** that the Petition is GRANTED on Ground One, and DISMISSED on Grounds Two, Three, and Four.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from custody unless, within 90 days from the entry of judgment, retrial proceedings are initiated in state court.

December 1, 2010
    DATED

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE