EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
JOHN YANG
Deputy Attorney General
State Bar No. 192938
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-2283
  Fax:  (213) 897-6496
  E-mail:  DocketingLAAWT @doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAL A. SHAKIR,** | CV 03-8732-DOC(MAN) |
| Petitioner, | **MODIFIED JUDGMENT** |
| **v.** | |
| **EDWARD A. ALAMEIDA, et al.,** | Hon. David O. Carter |
| Respondent. | United States District Judge |

**DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision had been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition is GRANTED on Ground One, and DISMISSED on Grounds Two, Three, and Four.

**IT IS FURTHER ORDERED** that Respondents shall release Petitioner from custody unless, within 90 days from entry of judgment, proceedings are initiated in state court to vacate Petitioner's conviction for aggravated kidnapping and to

///

1

1   resentence Petitioner on the lesser included offense of simple kidnapping in

2   violation of California Penal Code section 207.

3   Dated:  January 12, 2011

4

5                                                    David O. Carter
                                                     _____

6                                                    DAVID O. CARTER
                                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28